**United States Bankruptcy Court**

TUCSON DIVISION
James A Walsh Courthouse
38 S. Scott Avenue
Tucson, AZ 85701
520-202-7500



District of Arizona

YUMA DIVISION
325 W. 19th St., Ste. D
Yuma, AZ 85364
928-783-2288

PHOENIX HEADQUARTERS
230 N. First Avenue, Suite 101
Phoenix AZ 85003-1706
602-682-4000

## DEBTOR CHANGE OF ADDRESS

Case No.: 4:09-bk-26771 - Chapter: 7

Debtor(s) Name: Alejandro Diaz
Analisa Diaz

NEW Mailing Address: 10465 E. Bridge Port
Street Address/P.O. Box Number

_____
Suite/Apartment Number

Tucson  AZ  85747
City    State  Zip Code

OLD Mailing Address: 13953 E. Via de la Presa
Street Address/P.O. Box Number

_____
Suite/Apartment Number

Vail  AZ  85641
City  State  Zip Code

Attorney of
Debtor(s) Signature: [signature]  11-4-09
                                   Date

_____
Date

DebtorAddChng/3/06

**pdfMachine**
**A pdf writer that produces quality PDF files with ease!**
Produce quality PDF files in seconds and preserve the integrity of your original documents. Compatible across nearly all Windows platforms, simply open the document you want to convert, click "print", select the "Broadgun pdfMachine printer" and that's it! Get yours now!