**THIS ORDER IS APPROVED.**

Dated: December 06, 2009

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26855/1846532640

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Alejandro Diaz and Analisa M. Diaz<br>      Debtors.<br>_____<br>Chase Home Finance LLC<br>      Movant,<br>   vs.<br><br>Alejandro Diaz and Analisa M. Diaz, Debtors,<br>Stanley J. Kartchner, Trustee.<br><br>      Respondents. | No. 4:09-bk-26771-JMM<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 1, 2006 and recorded in the office of the Pima County Recorder wherein Chase Home Finance LLC is the current beneficiary and Alejandro Diaz and Analisa M. Diaz have an interest in, further described as:

> Lot 423 of RINCON TRAILS, a subdivision of Pima County, Arizona according to the map and plat thereof of record in the office of the County Recorder of Pima County, Arizona, in Book 56 of Maps and Plats at page 44 thereof and as amended by Declaration of Scrivener's Error recorded in Docket 11933, at page 2388 and in Docket 12506 at page 1321.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT